# UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  JUDITH NATIONS AARON                                              Case No:     4:16-bk-73062 T

### OBJECTION TO CONFIRMATION OF PLAN
### AS AMENDED PRE-CONFIRMATION ON 11/14/2017

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  Debtor's proposed plan length is not consistent with Trustee's records.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  11/22/2017                                                                       /s/  Jack W Gooding
                                                                                         _____
                                                                                         CHAPTER 13 TRUSTEE

### CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 11/22/2017, with sufficient postage to assure delivery to the following:

Judith Nations Aaron
106 Hempstead 1041
Hope, Ar  71801

Wm Blake Montgomery - Electronically by ECF

                                                                                         /s/  Jack W Gooding
                                                                                         _____
                                                                                         CHAPTER 13 TRUSTEE

JCH