IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:　　Judith Nations Aaron

CASE NO:　　4:16-bk-73062 T　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

CHAPTER 13 ORDER WITHDRAWING
TRUSTEE'S OBJECTION TO CONFIRMATION

The court, for cause shown, grants the Trustee's request to withdraw the Trustee's Objection to Confirmation filed March 17, 2017, Docket Entry [34], set for hearing on 12/5/2017 at 9:30 AM.

Dated: 12/07/2017　　　　　　　　　　　　　　　　　　　　　／s／ Richard D. Taylor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

cc:　　Judith Nations Aaron
　　　　106 Hempstead 1041
　　　　Hope, AR  71801

　　　　Wm Blake Montgomery - Electronically by ECF