IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:    Judith Nations Aaron

CASE NO:    4:16-bk-73062 T                                             Chapter 13

CHAPTER 13 ORDER WITHDRAWING
TRUSTEE'S OBJECTION TO EXEMPTIONS

The court, for cause shown, grants the Trustee's request to withdraw the Trustee's Objection to Exemptions filed October 09, 2017, Docket Entry [54] set for hearing on 12/5/2017 at 9:30 AM.

Dated:  12/07/2017                                    /s/ RICHARD D. TAYLOR
                                                      U.S. Bankruptcy Judge

cc:    Judith Nations Aaron
       106 Hempstead 1041
       Hope, AR  71801

       Wm Blake Montgomery
       200 S Elm
       P O Box 785
       Hope, AR  71802-0785